1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   Case No.: ED18-CR-00192-JAK
                                   )
12              Plaintiff,         )   ORDER OF DETENTION PENDING
                                   )   FURTHER REVOCATION
13       v.                        )   PROCEEDINGS
                                   )   (FED. R. CRIM. P. 32.1(a)(6); 18
14  Louis Carlos Lobo,             )   U.S.C. § 3143(a)(1))
                                   )
15              Defendant.         )
    _____ )

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Central__ District of
18  __California__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (×)   The defendant has not met his/her burden of establishing by clear and
23            convincing evidence that he/she is not likely to flee if released under 18
24            U.S.C. § 3142(b) or (c).  This finding is based on the following:
25            (×)   information in the Pretrial Services Report and Recommendation
26            (×)   information in the violation petition and report(s)
27            (×)   the defendant's nonobjection to detention at this time
28            ( )   other: _____

|   |   |   |
|---|---|---|
| 1 |   | and/ or |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |
| 6 |   | (×)   information in the Pretrial Services Report and Recommendation |
| 7 |   | (×)   information in the violation petition and report(s) |
| 8 |   | (×)   the defendant's nonobjection to detention at this time |
| 9 |   | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 18, 2022

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE